IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sara Elise Ain,<br><br>            Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>            Defendant. | No. CV-24-00008-PHX-DLR<br><br>**ORDER** |

      Before the Court is United States Magistrate Judge Willett's Report and Recommendation ("R&R") (Doc. 23). The R&R recommends that the Court reverse the Administrative Law Judge's April 4, 2023 decision (A.R. 21-42), as upheld by the Appeals Council (A.R. 1-7), and remand this case to the Social Security Administration for further proceedings. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1)

(stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that the R&R (Doc. 23) is **ACCEPTED**.

**IT IS FURTHER ORDERED** that the reference of this case to the Magistrate Judge is **WITHDRAWN**, and the Administrative Law Judge's decision is **REVERSED.** This matter is **REMANDED** to the Social Security Administration for further proceedings.

**IT IS FURTHER ORDERED** that the Clerk of the Court enter judgment accordingly and terminate this case.

Dated this 18th day of October, 2024.

Douglas L. Rayes
Senior United States District Judge